IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DJOHAN SETIAWAN,<br><br>    Defendant.<br>                                  / | No. CR 05-00144 WHA<br><br>**ORDER REASSIGNING DEFENDANT TO ASSIGNMENT COMMITTEE** |

    Pursuant to General Order 44 (E)(5), IT IS ORDERED that the above named criminal defendant is hereby reassigned to the assignment committee.

IT IS SO ORDERED.

Dated: October 10, 2006

                                                     WILLIAM ALSUP<br>                                                     UNITED STATES DISTRICT JUDGE